IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY K. WADE,

    Plaintiff,

vs.                                                 CASE NO. 3:04cv370-RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Document 22) and Plaintiff's Objection To The Report and Recommendation of the Magistrate Judge (Document 23). I have reviewed the issues raised by plaintiff's objections *de novo*.

**IT IS ORDERED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The decision of the Commissioner of Social Security is affirmed.

3.     The clerk is directed to enter judgment accordingly and to close the file.

ORDERED on March 10, 2006.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**